IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FLEMING GEORGE EDWARD THOMPSON                                              PLAINTIFF

V.                              CIVIL NO. 2:14-cv-02213-MEF

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                              DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, I hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 24th day of November, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE